


-FILED-

MAY 0 2 2023

At————————M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In the Matter of the Searches of | ) | |
| | ) | |
| A United States Postal Service Priority | ) | |
| Express Package No. EJ518453291US; | ) | 2:21-mj-24 |
| | ) | |
| 1945 Cleveland Street, | ) | |
| Gary Indiana 46404; | ) | 2:21-mj-99 |
| | ) | |
| A United States Postal Service Priority | ) | |
| Express Package No. EJ518453291US; | ) | 2:21-mj-101 |
| | ) | |
| A United States Postal Service Priority | ) | |
| Express Package No. EJ827395365US; | ) | 2:21-mj-97 |
| | ) | |
| The Cellular Telephone Assigned | ) | |
| Call Number (219) 484-9646; and | ) | 2:21-mj-33 |
| | ) | |
| The Cellular Telephone Assigned | ) | |
| Call Number (219) 484-9646. | ) | 2:21-mj-57 |

## MOTION TO UNSEAL

Comes now the United States of America, by its counsel, Clifford D.
Johnson, United States Attorney for the Northern District of Indiana, through
Nicholas J. Padilla, Assistant United States Attorney, and moves this
Honorable Court for an order to unseal the above-captioned causes. The

Government finds the need to seal the aforementioned causes no longer exists.

Respectfully submitted,

Clifford D. Johnson
UNITED STATES ATTORNEY

BY:   /s/Nicholas J. Padilla

Nicholas J. Padilla
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana   46320
Tel:   (219) 937-5500
Fax:  (219) 852-2770
E-mail:   Nick.Padilla@usdoj.gov